**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CARL ANTONIO FORDHAM, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 305-050 |
| LAURENS COUNTY SUPERIOR COURT, and J. STANLEY SMITH, Judge, | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 23rd day of May, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Carl Antonio Fordham, Pro-se

CASE NO: CV305-050
DATE SERVED: May 23, 2005
SERVED BY: Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate